UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGIZ FEDA,

                      Plaintiff,

        -against-                      24-cv-6302 (LTS)

JOHN DOE,                              CIVIL JUDGMENT

                      Defendant.

For the reasons stated in the March 24, 2025, order, the complaint, filed in forma pauperis (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 26, 2025
            New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                     Chief United States District Judge